IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QUAN GUAN ZHENG, | : | Civil No. 1:18-cv-1301 |
| Petitioner, | : | |
| v. | : | |
| JEFFERSON BEAUREGARD SESSIONS, III, et al., | : | |
| Defendant. | : | Judge Sylvia H. Rambo |

# **O R D E R**

Before the court is a report and recommendation of the magistrate judge (Doc. 8) in which he recommends that Petitioner's petition for writ of habeas corpus (Doc. 1) be dismissed as moot because his alien detention status has shifted from § 1226(a), or pre-final order status, to § 1231(a), or post-final order detention, following the Third Circuit's denial of his motion for stay of removal. Because Petitioner's petition regarding his pre-final order detention has been rendered moot by the Third Circuit's decision, IT IS HEREBY ORDERED that the report and recommendation is ADOPTED and the petition for a writ of habeas corpus is DISMISSED. The Clerk of Court shall close this file.

                                                                                s/Sylvia H. Rambo
                                                                                SYLVIA H. RAMBO
                                                                                United States District Judge

Dated: January 3, 2019